EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Modesto Rivera Santos | 2003 TSPR 177<br><br>160 DPR _____ |

Número del Caso: TS-11275


Fecha: 12 de diciembre de 2003


Colegio de Abogados de Puerto Rico:

                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo




Materia: Conducta Profesional
        (La suspensión es efectiva a partir del 19 de
        diciembre de 2003 fecha en que se le notificó al
        abogado de su suspensión inmediata.)




Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Modesto Rivera Santos                    TS-11275

PER CURIAM

San Juan, Puerto Rico, a 12 de diciembre de 2003.

Modesto Rivera Santos fue admitido al ejercicio de la profesión de abogado el 30 de junio de 1995. El 1 de agosto de ese año prestó juramento como notario.

El 7 de agosto de 2003, el Colegio de Abogados de Puerto Rico presentó una querella ante nos contra Rivera Santos por no haber éste satisfecho la cuota de colegiación, a pesar de habérsele remitido varias comunicaciones requiriéndole el pago de dicha cuota. Ya antes en 1998 y en 1999 Rivera Santos había faltado también a su obligación de pagar la cuota de colegiación a tiempo y había sido objeto de las querellas correspondientes de parte del Colegio de Abogados, procediendo a pagarlas sólo luego de que este Foro se lo requiriese.

El 2 de octubre de 2003, una vez más, mediante una Resolución, le ordenamos a Rivera Santos a mostrar causa por la cual no debía ser suspendido del ejercicio de la abogacía por la falta de pago referida. Se le apercibió que el incumplimiento con los términos de la Resolución referida conllevaría su suspensión automática del ejercicio profesional.

El 22 de octubre de 2003 el Correo General nos devolvió el sobre sellado mediante el cual se le había notificado nuestra anterior Resolución a Rivera Santos. Se indicaba en el sobre que Rivera Santos ya no era el usuario del apartado de correos que tenía registrado como su última dirección oficial; y que éste se había mudado sin dejar otra dirección.

El 3 de noviembre de 2003 recibimos un informe del Alguacil del Tribunal mediante el cual nos señaló que Rivera Santos había abandonado la oficina de abogado que tenía antes, y que se había ido de Puerto Rico para Estados Unidos sin que sus padres supieran nada más sobre su paradero actual. Se desconoce, pues, que dirección tiene Rivera Santos ahora, por lo que no ha sido posible notificarle nuestra Resolución del 2 de octubre de 2003. Además, Rivera Santos sigue adeudándole al Colegio de Abogados la cuota de colegiación que motivó la querella del 7 de agosto de 2003.

II

Como se sabe, la omisión de un abogado o notario de mantener su dirección al día con este Foro es causa

suficiente para suspenderlo indefinidamente del ejercicio de la abogacía, sin necesidad de trámites ulteriores. Ello es así porque tal omisión obstaculiza sustancialmente la jurisdicción disciplinaria de este Tribunal, como ha ocurrido en el caso de autos. In re: Santiago Rodríguez, res. el 20 de agosto de 2003, 160 D.P.R. ___, 2003 TSPR 137, 2003 JTS 137; In re: Sanabria Ortiz, res. el 13 de diciembre de 2001, 156 D.P.R. ___, 2002 TSPR 35, 2002 JTS 39; In re: Pérez Olivo, res. el 14 de diciembre de 2001, 155 D.P.R. ___, 2001 TSPR 175, 2001 JTS 173; In re: Figueroa Carrasquillo, res. el 9 de enero de 2001, 153 D.P.R. ___, 2001 TSPR 11, 2001 JTS 11; In re: Santiago Méndez, 141 D.P.R. 75 (1996); In re: Morales Rubín, 139 D.P.R. 44 (1995); In re: Berríos Pagán, 126 D.P.R. 458 (1990).

En vista de lo anterior, se decreta la suspensión inmediata e indefinida de Modesto Rivera Santos del ejercicio de la abogacía y la notaría.

Esta Opinión Per Curiam y la sentencia correspondiente se le notificará de inmediato a Rivera Santos a la última dirección que aparece en su expediente personal. Una vez remitida por correo certificado con acuse de recibo, se considerará que Rivera Santos ha sido debidamente notificado de su suspensión, que será efectiva a partir de esa fecha.

Se dictará la sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Modesto Rivera Santos                    TS-11275

SENTENCIA

San Juan, Puerto Rico, a 12 de diciembre de 2003.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se decreta la suspensión inmediata e indefinida de Modesto Rivera Santos del ejercicio de la abogacía y la notaría.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá certificarnos en treinta días del cumplimiento de estos deberes.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se ordena notificar de inmediato a Rivera Santos a la última dirección que aparece en su expediente personal. Una vez remitida por correo certificado con acuse de recibo, se considerará que Rivera Santos ha sido debidamente notificado de su suspensión, que será efectiva a partir de esa fecha.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo